**STATEMENT OF FACTS**

On or about December 3, 2013 NSID officers executed a search warrant for XXXX XX. XXXXXXXX XXXXXX, XXXXXXXXX XXXX, X.X., Washington, DC where the defendant, Vera Manuel resides. During a search of the defendant's apartment, a plastic bag containing approximately 27 grams of cocaine base, a shopping bag with approximately 90 grams of cocaine HCL, and a brown napkin containing approximately 49 grams of cocaine base was recovered from the residence. Identification and mail matter addressed to the defendant at the above address was also recovered from the apartment. The defendant was placed under arrest.

_____
OFFICER JOSEPH ABDALLA
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF DECEMBER, 2013.


_____
U.S. MAGISTRATE JUDGE